### No. 698

CREAGER v. CREAGER
No. 19911.  Supreme Court
On motion to certify. Dock. June 19, 1926; 4 Abs. 404.

413. DIVORCE—Where a suit for divorce is filed in one county by one of the parties and summons is issued, but another suit for a divorce is filed by the other party before services is obtained has the court in which the second suit is filed, jurisdiction to render a decree for divorce?

Kendall G. Creager brought this action originally in the Darke Common Pleas against Ruth Creager for divorce, and custody of a minor child on January 12, 1926. On January 6, 1926, Ruth Creager, a resident of Lucas

County filed a suit against Kendall Creager in the Lucas Common Pleas for divorce, alimony, and custody of a minor child.

Service was not obtained in the Lucas County suit until January 15, 1926.

On February 25, 1926, the Darke Common Pleas rendered a decree for divorce and custody of a minor child which judgment was affirmed by the Court of Appeals.

Ruth Creager in the Supreme Court contends:

That the Darke Common Pleas was without jurisdiction to render the decree because a similar action had been led previously in the Lucas Common Pleas.

**Attorneys**—H. F. Miller, Ada, and Efi. D. Bloom, Bowling Green, for Plaintiff; M. Murphy, Greenville, for Defendant.